IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JUNE FREEMAN, )
)
       Plaintiff, )
)
 vs. )
)
KILOLO KIJAKAZI, Acting Commissioner )
of Social Security, )
)  No. 3:22-cv-0256-HRH
       Defendant. )
_____)

O R D E R

Motion for Attorney's Fees Pursuant
to the Equal Access to Justice Act[1]

 Before the court is the motion of plaintiff, June Freeman, for an award of attorney

fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the

pleadings, as well as the non-opposition of the defendant commissioner,[2] and recognizing

the plaintiff's waiver of direct payment and assignment of EAJA to her counsel, plain-

tiff's motion is granted.

 IT IS HEREBY ORDERED that attorney fees in the total amount of Eleven

Thousand, Eight Hundred Ninety-Nine Dollars and Thirty-Six Cents ($11,899.36), pur-

suant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), are awarded to plaintiff.

Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

---

 [1]Docket No. 19.

 [2]Docket No. 21.

ORDER – Motion for Attorney's Fees
Pursuant to the Equal Access to Justice Act               - 1 -

The court hereby awards EAJA fees as follows:

Plaintiff is awarded fees for 2.7 hours at $234.95 per hour for work performed in 2022, and 46.4 hours at $242.78 per hour for work performed in 2023, for a total amount of $11,899.36 for attorney fees under 28 U.S.C. § 2412(d).

If the U.S. Department of the Treasury determines that plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to plaintiff's attorney:

Maren A. Bam.<br>
Salus Law, PLLC<br>
8513 W. 9th Avenue<br>
Kennewick, WA, 99336

So ordered.

DATED at Anchorage, Alaska, this   27th   day of July 2023.


/s/   H. Russel Holland
United States District Judge

ORDER – Motion for Attorney's Fees
Pursuant to the Equal Access to Justice Act                                                                   - 2 -